## Roselló et al. v. La Corte de Distrito.

Solicitud para que se expida un auto de *certiorari*.

No. 12.   Resuelto en Octubre 9, 1905.

Certiorari.—Recurso ordinario.—El auto de *certiorari* solo es procedente á falta de otro recurso ordinario que permita obtener la enmienda de la resolución que se estime perjudicial, y no puede recurrirse á él para obtener reparación del daño causado por una resolución denegando la admisión, por defecto de forma, de una reconvención que se alega haberse interpuesto oportunamente en un juicio.

Abogado de los peticionarios: *Sr. Ramírez Vigo.*

### EXPOSICIÓN DEL CASO.

Don Agustín Roselló, por sí y en representación de su esposa Doña América Bras, presentó una solicitud al Tribunal Supremo, interesando que se expidiera un auto de *certiorari,* contra el Juez de la Corte de Distrito para que remitiera las actuaciones del caso seguido ante dicha corte, contra Don Salvador Castelló contra los peticionarios, á fin de que revisara dichas actuaciones por dicho Tribunal Supremo, se dictara en definitiva una resolución enmendando la sentencia dictada por dicha Corte de Distrito en el referido caso, en tal sentido, que la haga congruente con los hechos expuestos por los peticionarios en la contestación que como demandado presentara en el expresado caso.

### OPINIÓN DEL TRIBUNAL.

Considerando que el auto de *certiorari* solo es procedente en defecto de todo otro recurso ordinario para obtener la enmienda del daño causado por la sentencia, y que en el presente caso no carece el peticionario de otros recursos legales hábiles para obtener la reparación del daño que le haya podido ocasionar la sentencia al no admitirle por defecto de forma la reconvención que

dice haber propuesto oportunamente en el juicio; no há
lugar á despachar el auto de *certiorari* que se solicita
por el peticionario Don Agustín Roselló con las costas
á su cargo.

Jueces concurrentes: Sres. Presidente Quiñones, y
Asociados Hernández, Figueras, MacLeary y Wolf.